PD-1340-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/21/2015 2:40:05 PM
Accepted 4/21/2015 3:00:55 PM
ABEL ACOSTA
CLERK

**BELINDA HILL**
**FIRST ASSISTANT**



**DEVON ANDERSON**
**DISTRICT ATTORNEY**
**HARRIS COUNTY, TEXAS**

April 21, 2015

FILED IN
COURT OF CRIMINAL APPEALS

April 22, 2015

ABEL ACOSTA, CLERK

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308 – Capitol Station
Austin, TX 78711

**RE:  KEVIN LAVELLE KENT v. THE STATE OF TEXAS**

Case No.:  PD-1340-14
Trial Court No.:  1253665

Dear Mr. Acosta:

I plan to present oral argument in the above case in Austin on Wednesday, May 20, 2015 at 9:00 AM.

A copy of this notice is being sent to the attorney of record.

Sincerely,

/s/ Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
(713) 755-5826

/vl
cc:   James Pons
       Attorney at Law
       10900 Northwest Fwy -  Ste 230
       Houston, TX  77092-7340